UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**EUROGEAR USA, INC.,**

                *Plaintiff,*

  -vs-

**LEHIGH CEMENT COMPANY, LLC AND LEHIGH HANSON, INC.,**

                *Defendants.*

**STIPULATION OF DISCONTINUANCE**

Civil Action No.
8:10-CV-00650-DNH-RFT

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, discontinued without costs to either party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

DATED: January 28, 2011

**STAFFORD PILLER MURNANE
PLIMPTON KELLEHER & TROMBLEY**

By: _____
     Justin R. Meyer
     Bar Roll No. 514351

*Attorneys for Plaintiff*
Office and Post Office Address:
One Cumberland Avenue
Plattsburgh, New York 12901

DATED: January 28, 2011

**HISCOCK & BARCLAY, LLP**

By: _____
     Thomas B. Cronmiller
     Bar Roll No. 301307

*Attorneys for Defendants*
Office and Post Office Address:
2000 HSBC Plaza
100 Chestnut Street
Rochester, New York 14604-2404

**IT IS SO ORDERED.**

**DATED:**   3/2/2011
           Syracuse, New York

_____
**Hon. Andrew T. Baxter
U.S. Magistrate Judge**

ALLIB01\293091\1